CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Elise R. Vasquez (SBN 201190)
The Law Office of Elise Vasquez
50 Woodside Plaza, Suite 455
Redwood City, CA 94061
Tel:  650-362-4313
elise@elisevasquezlaw.com

Attorney for Defendant.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br>　　　　　Plaintiff,<br>vs.<br>Otra Vez, LLC,<br>　　　　　Defendant | Case No.: 4:22-cv-01099-HSG<br><br>STIPULATION FOR DEFENDANT OTRA VEZ, LLC., TO RESPOND TO PLAINTIFF'S COMPLAINT |

　　　　Plaintiff Scott Johnson ("Johnson") and Defendant Otra Vez, LLC ,("Defendant") (and collectively the "parties") stipulate as follows:

WHEREAS Plaintiff filed a Complaint on February 23, 2022, for Damages and Injunctive Relief for Violations of: Americans with Disabilities Act; Unruh Civil Rights Act (the "Action");

WHEREAS Plaintiff sub-served said Complaint on Defendant April 7, 2022;

WHEREAS according to Plaintiff, Defendant's response to Plaintiff's Complaint is due May 7, 2022;

WHEREAS the parties agree to extend the deadline by thirty (30) days for Defendant to respond to June 7, 2022, so that Defendant can assess the merits of the claims asserted by Plaintiff and determine how best to move forward, including but not limited to any potential for reaching an early resolution of this Action.

WHEREAS the parties agree to further extend the deadline by thirty (30) days for Defendant to respond to July 7, 2022 and the deadline for the Joint Site Inspection to August 7, 2022, such that the parties can continue settlement discussions to reach an early resolution of this Action.

Dated:   June 6, 2022 :            CENTER FOR DISABILITY ACCESS

                                   s/Amanda Seabock

                                   By: Amanda Seabock, Attorney for Plaintiff

Dated: June 6, 2022:               THE LAW OFFICE OF ELISE VASQUEZ

                                   *Elise R. Vasquez*

                                   By:  Elise R. Vasquez for Defendant.

ORDER

Having found GOOD CAUSE hereto, the deadline for Defendant to respond Plaintiff's Complaint is extended to July 7, 2022, and the deadline for the Parties to conduct a Joint Site Inspection is extended to August 7, 2022.

Dated: 6/7/2022

*Haywood S. Gilliam Jr.*

THE HONORABLE HAYWOOD S. GILLIAM, JR.
DISTRICT COURT JUDGE FOR THE
NORTHERN DISTRICT OF CALIFORNIA.